IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                            :
           v.               : Case No. 3:10-cr-40-KRG-KAP
WILLIE B. HARRIS, SR.,      : (Case No. 3:14-cv-140-KRG-KAP)
           Defendant        :

Memorandum Order

Movant Harris' motion to vacate at docket no. 251 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 30, 2014, docket no. 253, recommending that the motion be summarily denied. The movant was notified that he could withdraw or amend his motion, and pursuant to 28 U.S.C.§ 636(b)(1) was notified that he had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After de novo review of the record of this matter despite the lack of objections, and of the Report and Recommendation, the following order is entered:

AND NOW, this **28th** day of August, 2014, it is

ORDERED that the motion to vacate at docket no. 251 is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

    Willie B. Harris, Sr., Reg. No. 32635-068
    F.C.I. Cumberland
    P.O. Box 1000
    Cumberland, MD 21501